FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 01 2014
at __1__ o'clock and __00__ min __P__ M
SUE BEITIA, CLERK

US DISTRICT COURT

DISTRICT OF HAWAII

Hamamoto et al

v. Abercrombie et al

Case Number 1:14-cv-00491-DKW-BMK

## ANSWER & COUNTER CLAIM FOR MALICIOUS PROSECUTION AGAINST ALL PLAINTIFFS AND MOTION FOR SPECIFIC SANCTIONS AS INDICATED

Co-Defendant, Brian Evans, herein Answers the Complaint for which he has been served with a general denial to all claims.

Plaintiff herein files this Counter Claim and asks the Court to award co-Defendant Brian Evans $1,000,000 for Malicious Prosecution. As the Plaintiff's admit in their initial Complaint, they *admit* that Co-Defendant Evans has absolutely nothing to do with this case, and just threw his name into this case for the hell of it. The Court surely has more standards than that, and the billionaire Plaintiff's should not be permitted to use this Honorable Court at its whim while throwing everything against the wall to see what sticks. That's not how an Honorable Court such as this would surely wish to convey to the public that it can be used as, but admittedly, that's what the Plaintiff's in this case are doing.

It is causing undue stress, undue expense, and undue duress to a named co-defendant that the Plaintiff admits in their very own Complaint that the co-Defendant has absolutely nothing to do with. It cannot be tolerated, and merely dismissing the co-Defendant from the case is not enough.

The Court must send the message that it is a serious entity, and not one where games can be played at the expense of others, in this case me, and the Honorable Court.

If the co-defendant did something wrong, then sure, name him as a co-defendant. If he did not, as the Plaintiff's Complaint admits (therefore making these claims undeniable), then this award should be granted as sought by the co-defendant. The Court must not look for a reason to allow the Plaintiff's to excuse their way out of this matter. It's intolerable and slaps the justice system in its face.

Plaintiff does not require a hearing on this Motion

Respectfully,

BRIAN EVANS

Pro Se

7345 S. Durango Drive

Suite 107-178

Las Vegas, NV 89113

(702) 613-8266

US DISTRICT COURT

DISTRICT OF HAWAII

**Hamamoto et al**

**v. Abercrombie et al**

Case Number 1:14-cv-00491-DKW-BMK

**PROOF OF SERVICE**

A copy of this ANSWER & COUNTER CLAIM FOR MALICIOUS PROSECUTION, *And motion for Specific sanctions as indicated.* AGAINST ALL PLAINTIFFS has been mailed via prepaid US Mail and mailed on November 27th, 2014 to the attorneys representing the Plaintiff's as follows:

Thomas Geoghegan

Despres, Schwartz and Geoghegan, Ltd.

77 W Washington St Ste 711

Chicago, IL 60602, attorney for Plaintiff on record

&

Lloyd James Hochberg, Jr.

Topa Financial Center

745 Fort St., Suite 1201

Honolulu, HI 96713

Respectfully,

BRIAN EVANS

Pro Se

7345 S. Durango Drive

Suite 107-178

Las Vegas, NV 89113

(702) 613-8266

November 26th, 2014